**SIGNED THIS: March 30, 2011**

                                                **GERALD D. FINES**
                                      **UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JAMES EDWARD SPENCE and | ) Bankruptcy Case No. 10-91721 |
| TERESA CATHERINE SPENCE, | ) |
| | ) |
| Debtors. | ) |

OPINION

This matter having come before the Court for confirmation of the Debtors' Amended Chapter 13 Plan and the Trustee's Report Not Recommending Confirmation of Amended Chapter 13 Plan filed by the Trustee; the Court, having heard arguments of the parties and reviewed the written memorandum filed by the Trustee, makes the following findings of fact and conclusions of law pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure.

Findings of Fact

1. The Debtors filed for relief under Chapter 13 of the Bankruptcy Code on August 25, 2010.

2. On September 22, 2010, the Debtors filed their schedules, Statement of Current Monthly and Disposable Income, and their Chapter 13 Plan.

  3. The Debtors' Section 341 Meeting of Creditors was held on October 28, 2010, resulting in the Debtors' filing of an Amended Chapter 13 Plan on January 19, 2011.

  4. On January 19, 2011, in response to the Debtors' Amended Chapter 13 Plan, the Trustee filed a report seeking to increase the Debtors' plan payments to the amount of $847.18 for 60 months, based upon the disposable income reported by the Debtors on Line 20(c) of their Schedule J.

  5. On March 15, 2011, the Debtors filed a Second Amended Plan.

  6. A hearing was held on March 22, 2011, at which time the parties were directed to file briefs within 7 days concerning the issue of whether Form B22C or Schedule I and J should be used as the basis for determining the duration and amount of payments required of the Debtor in their Chapter 13 plan. The Chapter 13 Trustee filed a timely brief on March 29, 2011, and no brief was filed by the Debtors.

## Conclusions of Law

The Court has reviewed the written memorandum filed by the Trustee and agrees that this matter is governed by 11 U.S.C. § 1325(b). It is apparent from the Trustee's investigation of this matter that the Form B22C filed by the Debtors has many errors. The Trustee has determined that the Debtors' expenses have been overstated, specifically in the Debtors' claim of expenses for a second vehicle as indicated on Line 29 of Debtors' Form B22C. It is the Trustee's position that, after taking into account errors found on the Debtors' Form B22C, the Debtors should pay the sum of $1,082.95 for a period of 60 months.

In addition to the materials supplied by the Chapter 13 Trustee, the Court has examined the schedules and Form B22C filed by the Debtors, and finds that the Debtors have failed to provide their true projected monthly disposable income on either Form B22C or Schedules I and J. Absent other evidence, the Court concurs with the Chapter 13 Trustee that neither the Debtors' Amended Chapter 13 Plan nor their Second Amended Plan can be confirmed as filed. As such, the Court will allow the Debtors a period of 14 days from the date of this Opinion and Order to

submit a third amended plan which provides for a payment in the amount of $1,082.95 per month for 60 months.

###